UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-1103(DSD/JSM)

Michelle A. Baker,

        Plaintiff,

v.                                 **ORDER**

CitiMortgage, Inc.,

        Defendant.

        Michelle A. Baker, 16167 Unity Street, NW, Andover, MN 55304, plaintiff pro se.

        Thomas V. Panoff, Esq. and Mayer Brown, LLP 71 South Wacker Drive, Chicago, IL 60606; Cameron A. Lallier, Esq. and Foley & Manfield, PLLP, 250 Marquette Ave., Suite 1200, Minneapolis, MN 55401, counsel for defendant.

        This matter is before the court upon pro se plaintiff Michelle Baker's motion and notice to tender payment. Based on a review of the file, record, and proceedings herein, and for the following reasons, the motion is denied.

        In her motion, Baker notes that she is willing to tender the amount demanded by defendant CitiMortgage and moves the court to compel CitiMortgage to provide: (1) the original note and mortgage; (2) the mortgage chain of title; (3) a FR 2046 balance sheet; and (4) a pooling and service agreement. The court will not grant the motion as the court already dismissed Baker's action with prejudice on September 8, 2016. ECF No. 35. The court has no reason to reconsider the dismissal or the denial of Baker's previous request

to compel discovery.  <u>See</u> ECF Nos. 31, 33.

Further, Baker's willingness to provide payment to CitiMortgage does not provide a case or controversy for the court to decide, nor does it present a form of cognizable relief.

Accordingly, **IT IS HEREBY ORDERED** that the motion and notice to tender payment and compel discovery [ECF No. 37] is denied.

Dated: September 12, 2016

<u>s/David S. Doty</u>
David S. Doty, Judge
United States District Court